No. 1343. Jamison v. Loftus. This was a suit commenced by appellee against appellant before a justice of the peace, and after trial there, taken by appeal to the circuit court. The cause of action was a breach of contract, as is claimed by appellee, on the part of appellant, to carry out an agreement made between them for the sale of forty-four hogs

by the former to the latter. The evidence fully sustains the verdict for appellee and the judgment is affirmed. Opinion by LACEY, P. J. Judge below, J. J. GLENN. Attorneys, for appellant, Messrs. KIRKPATRICK & ALEXANDER; for appellee, Messrs. GRIER & DRYDEN. Opinion filed April 5, 1886.